# United States District Court
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| CHARLES BENNETT LAW PLLC § | |
| § | |
| v. § | CIVIL ACTION NO. 3:22-CV-2771-S-BK |
| § | |
| BRADLEY EGENBERG and § | |
| EGENBERG APLC § | |

### ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge. It is therefore **ORDERED** that this case is **REMANDED** to County Court at Law No. 1, Dallas County, Texas, CC-22-06149-A. The Clerk is directed to close this case.

**SO ORDERED.**

SIGNED June 2, 2023.

_____
UNITED STATES DISTRICT JUDGE